Frances M. Campbell (Cal. SBN 211563)
fcampbell@campbellfarahani.com
Nima Farahani (Cal. SBN 244492)
nfarahani@campbellfarahani.com
JoAnne E. Belisle (Cal. SBN 286419)
jbelisle@campbellfarahani.com
**CAMPBELL & FARAHANI, LLP**
15233 Ventura Boulevard, Suite 408
Sherman Oaks, California 91403
Telephone: (818) 999-4242
Facsimile: (818) 999-4246

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE ROSS, | CASE NO.: 2:16-cv-3478-R-MRW |
| Plaintiff, | **ORDER DISMISSING ACTION AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |
| v. | |
| LOS ANGELES PROPERTY MANAGEMENT GROUP; 4334-4346 MATILIJA LLC; SOLARI ENTERPRISES, INC.; IG PROPERTIES, INC., and SHANNON NAZERI, | |
| Defendants | |

## <u>ORDER</u>

Pursuant to the Stipulation for Dismissal with Prejudice filed on May 25, 2017, by Plaintiff Bonnie Ross and Defendants Los Angeles Property Management Group, 4334-4346 Matilija, LLC, Solari Enterprises, Inc., IG Properties, Inc., and Shannon Nazeri, the Court hereby dismisses the

- 1 -

above-entitled action with prejudice, and retains jurisdiction to enforce the settlement agreement among the parties.

IT IS SO ORDERED.

DATED:  June 5, 2017      _____

UNITED STATES DISTRICT COURT JUDGE